RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Esau Aziz Shahid

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ESAU AZIZ SHAHID, <br><br> Defendant. | Case No. 2:19-cr-003-RFB-NJK <br><br> **STIPULATION TO CONTINUE SENTENCING HEARING** <br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Esau Aziz Shahid, that the Sentencing Hearing currently scheduled on February 6, 2020 at 1:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to meet with Mr. Shahid to review the presentence investigation report. Mr. Shahid is in the process of requesting time off work in order to meet with defense counsel.

2. The defendant is not in custody and does not oppose a continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 22nd day of Janaury, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Peter S. Levitt*<br>By_____<br>PETER S. LEVITT<br>Assistant United States Attorney |

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-003-RFB-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| ESAU AZIZ SHAHID, | |
| Defendant. | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, February 6, 2020 at 1:30 p.m., be vacated and continued to March 12, 2020 at the hour of 2:15 p.m.; or to a time and date convenient to the court.

DATED this 23rd day of January, 2020.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE