RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Esau Aziz Shahid

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No. 2:19-cr-003-RFB-NJK |
| Plaintiff, | **Emergency Stipulation to Continue Self-Surrender Date** |
| v. | |
| Esau Aziz Shahid, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Esau Aziz Shahid, that Mr. Shahid's self-surrender date currently scheduled for June 29, 2020 at 12:00 p.m., be continued for sixty (60) days to Friday, August 28, 2020 at 12:00 p.m.

This Stipulation is entered into for the following reasons:

1. Defense counsel was advised by the Marshals that FCI Safford (Mr. Shahid's designated BOP facility) is not currently accepting voluntary surrenders due to COVID-19. The Marshals explained that Mr. Shahid has two options: 1) he can begin serving his sentencing at FCI Victorville, and once FCI Safford opens up again then the BOP will coordinate his transfer from Victorville to Safford, or 2) he can ask the Court for an extension.

2. Mr. Shahid would like the opportunity to begin his sentence at his designated facility rather than surrender to a different BOP facility and be transferred at a later date. Additionally, there appears to be little rehabilitation Mr. Shahid could benefit from if required to surrender next week. Given the pandemic, BOP facilities are not currently offering programming at this time.

3. The parties agree to this request.

4. Mr. Shahid's Pretrial Services Officer, Misty Sanchez, has no opposition. Mr. Shahid is in full compliance.

This is the first request for a continuance of Mr. Shahid's surrender date.

DATED this 24th day of June, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Peter S. Levitt*<br>By_____<br>PETER S. LEVITT<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:19-cr-003-RFB-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| Esau Aziz Shahid, | |
| Defendant. | |

IT IS ORDERED that Mr. Shahid's self-surrender date currently scheduled for Monday, June 29, 2020 at 12:00 p.m., is continued to Friday, August 28, 2020 at 12:00 p.m.

DATED this __26th__ day of June, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3