RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Esau Aziz Shahid

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No. 2:19-cr-003-RFB-NJK |
| Plaintiff, | **Emergency Stipulation to Continue Self-Surrender Date** |
| v. | |
| Esau Aziz Shahid, | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Esau Aziz Shahid, that Mr. Shahid's self-surrender date currently scheduled for August 28, 2020 at 12:00 p.m., be continued for sixty (60) days to Tuesday, October 27, 2020 at 12:00 p.m.

This Stipulation is entered into for the following reasons:

1. Mr. Shahid previously requested an extension of his self-surrender date because FCI Safford (Mr. Shahid's designated BOP facility) was not accepting voluntary surrenders due to COVID-19. ECF No. 36. Mr. Shahid wanted the opportunity to begin his sentence at his designated facility rather than surrender to a different BOP facility and be transferred at a later date. This Court granted the extension. ECF No. 37.

2. Circumstances have not changed since the last requested extension. The Marshals have confirmed that FCI Safford is still not yet accepting voluntary surrenders. There appears to be little, if any, programming and rehabilitation Mr. Shahid could benefit from if required to surrender next week. Given the pandemic, BOP facilities are not currently offering programming at this time.

3. The parties agree to this request.

4. Mr. Shahid's Pretrial Services Officer, Misty Sanchez, has no opposition. Mr. Shahid is in full compliance.

This is the second request for a continuance of Mr. Shahid's surrender date.

DATED this 17th day of August, 2020.

RENE L. VALLADARES  
Federal Public Defender

*/s/ Raquel Lazo*  
By_____  
RAQUEL LAZO  
Assistant Federal Public Defender

NICHOLAS A. TRUTANICH  
United States Attorney

*/s/ Peter S. Levitt*  
By_____  
PETER S. LEVITT  
Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:19-cr-003-RFB-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| Esau Aziz Shahid, | |
| Defendant. | |

IT IS ORDERED that Mr. Shahid's self-surrender date currently scheduled for August 28, 2020 at 12:00 p.m., is continued to Tuesday, October 27, 2020 at 12:00 p.m.

DATED this __18th__ day of August, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3