RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Esau Aziz Shahid

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Esau Aziz Shahid,<br><br>  Defendant. | Case No. 2:19-cr-003-RFB-NJK<br><br>**Emergency Stipulation to Continue Self-Surrender Date**<br><br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Esau Aziz Shahid, that Mr. Shahid's self-surrender date currently scheduled for October 27, 2020 at 12:00 p.m., be continued to January 5, 2021 at 12:00 p.m.

This Stipulation is entered into for the following reasons:

1. Mr. Shahid previously requested extensions of his self-surrender date because FCI Safford (Mr. Shahid's designated BOP facility) was not accepting voluntary surrenders due to COVID-19. ECF Nos. 36 and 38. Mr. Shahid wanted the opportunity to begin his sentence at his designated facility rather than surrender to a different BOP facility and be transferred at a later date. This Court granted the extensions. ECF No. 37 and 39.

2. The Marshals have confirmed that FCI Safford is now accepting voluntary surrenders. However, given the pandemic, BOP facilities are still not currently offering programming at this time and have considerably modified their operations. There currently appears to be little, if any, programming and rehabilitation Mr. Shahid could benefit from if required to surrender at the end of this month.

3. The parties agree to this request. Absent extraordinary circumstances, Mr. Shahid does not anticipate any additional self-surrender requests.

4. Mr. Shahid's Pretrial Services Officer, Misty Sanchez, has no opposition. Mr. Shahid is in full compliance.

This is the third request for a continuance of Mr. Shahid's surrender date.

DATED this 13th day of October, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Peter S. Levitt*<br>By_____<br>PETER S. LEVITT<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Esau Aziz Shahid,<br><br>    Defendant. | Case No. 2:19-cr-003-RFB-NJK<br><br>**ORDER** |

    IT IS ORDERED that Mr. Shahid's self-surrender date currently scheduled for October 27, 2020 at 12:00 p.m., is continued to January 5, 2021 at 12:00 p.m.

    DATED this __19th__ day of October, 2020.

                                            _____
                                            RICHARD F. BOULWARE, II
                                            UNITED STATES DISTRICT JUDGE